## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **SANDRA MCMANUS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 3:04CV528** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

Defendant Commissioner of Social Security, through counsel, has moved this Court to enter judgment. The Court has previously ordered remand of the cause to the defendant Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

For the reasons stated in Defendant's Motion for Entry of Judgment and pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision subsequent to remand under sentence six of 42 U.S.C. § 405(g), the Commissioner's decision of June 13, 2005, is **AFFIRMED** and final judgment is hereby **ENTERED**.

**SO ORDERED, ADJUDGED AND DECREED**.

**Signed: September 6, 2005**

Carl Horn, III
United States Magistrate Judge